UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JOHN DOE,

                Plaintiff,

                14 Civ. 6867 (VEC)

        -against-

ABC COMPANY LLP, JOHN DOE II,
JOHN DOE III, JOHN DOE IV, JOHN DOE V,
and JOHN DOE VI,

                Defendants.
----------------------------------------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bruce Bernstein dismisses this action without prejudice.

Dated: New York, New York
       September 4, 2014

                                                  SHER TREMONTE LLP

                                                  By: _____
                                                      Justin M. Sher
                                                      80 Broad Street, Suite 1301
                                                      New York, NY 10004
                                                      jsher@shertremonte.com
                                                      Tel. (212) 202-2651
                                                      Fax: (212) 202-4156

                                                      *Attorneys for Plaintiff*