UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JOHN DOE,

                           Plaintiff,

                -against-

ABC CO., LLC, et al.,

                          Defendant.
-----------------------------------------------------------X

14-CV-6867 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

Although the Court issued an Order on September 5, 2014, that Order was not transmitted to the parties. Accordingly, the Order of September 5, 2014, is hereby MODIFIED as follows:

1. The case shall still remain under seal until further order of the Court.
2. Not later than September 19, 2014, at 5:00 p.m., the parties are directed to submit a brief in support of their contention that the Court should permit this action to remain under seal.
3. On September 22, 2014, at 5:00 p.m., in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, the parties are directed to appear to show cause why the Court should permit this action to remain under seal.

Chambers will transmit both this Order and the Order of September 5, 2014, to the parties electronically.

**SO ORDERED.**

Date: September 12, 2014
        New York, New York

**VALERIE CAPRONI**
**United States District Judge**