UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> –against– <br><br> ABC COMPANY LLP, JOHN DOE II, JOHN DOE III, JOHN DOE IV, JOHN DOE V, and JOHN DOE VI <br><br> Defendants. | ECF Case <br><br> Case No. 14-CIV-6867 (VEC) |

## DECLARATION OF COURTNEY A. SOLOMON

COURTNEY A. SOLOMON declares pursuant to 28 U.S.C. § 1746:

1.  I am a member of the bar of this Court and an associate at Joseph Hage Aaronson LLC, counsel to Defendants ABC Company LLP, John Doe II, John Doe III, John Doe IV, John Doe V, and John Doe VI (collectively, "**Defendants**"). I submit this declaration in connection with (A) Defendants' Memorandum of Law in Support of Allowing Action to Remain Under Seal, and (B) Defendants' Supplemental Memorandum of Law.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the sealed Complaint in this action, marked by Defendants in accordance with the Court's instructions at the September 22, 2014 hearing (Tr. 22-23) and the Court's corresponding September 22, 2014 order, along with a cover page explaining how Defendants have marked the document.

3.  Attached hereto as **Exhibit B** is a true and correct copy of New York State Bar Association Committee on Professional Ethics, Opinion 991, dated November 12, 2013.

4.  Attached hereto as **Exhibit C** is a true and correct copy of New York County Lawyers' Association Committee on Professional Ethics, Opinion 746, dated October 7, 2013.

5.  Attached hereto as **Exhibit D** is a true and correct copy of American Bar

Association Standing Committee on Ethics and Professional Responsibility, Opinion 10-456, dated July 14, 2010.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Defendant Bernstein Litowitz Berger & Grossmann LLP's Employee Handbook, including Plaintiff's signature, dated October 30, 2009.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter from George W. Neville, Special Assistant Attorney General of Mississippi, to Jonathan Ben-Asher, former counsel for Plaintiff, dated May 20, 2013.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter from George W. Neville, Special Assistant Attorney General of Mississippi, to Jonathan Ben-Asher, former counsel for Plaintiff, dated May 29, 2013.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of Richard Reynolds, dated December 17, 2013.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Retention Agreement between Bernstein Litowitz Berger & Grossmann LLP and the Attorney General of the State of Mississippi for the purpose of litigating claims against Merck & Co., dated November 12, 2005, publicly available on the website of the Mississippi Attorney General at http://www.ago.state.ms.us/wp-content/uploads/2013/07/Merck-Securities-Outside-Legal.pdf.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Retention Agreement between Bernstein Litowitz Berger & Grossmann LLP, Grant & Eisenhofer, P.A., and the Attorney General of the State of Mississippi for the purpose of litigating claims against Satyam Computer Services Ltd., among other parties, dated February 8, 2011, publicly available on the website of the Mississippi Attorney General at http://www.ago.state.ms.us/wp-content/uploads/2013/07/Satyam-Outside-Legal.pdf.

12. Attached hereto as **Exhibit K** is a true and correct copy of relevant excerpts from the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, as of March 23, 2011.

13. Attached hereto as **Exhibit L** is a true and correct copy of relevant excerpts from the Final Report of the Joint Committee on Local Rules Concerning the Local Civil Rules of the Southern and Eastern Districts of New York, dated March 25, 2011.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Order of the Chief Judge of the United States District Court for the Southern District of New York in *In re Local Civil Rules of the Southern and Eastern Districts of New York*, M10-468, dated July 11, 2011 and filed July 12, 2011, including relevant excerpts of the rules attached thereto.

15. Attached hereto as **Exhibit N** is a true and correct copy of Lead Counsels' Notice of Filing of Stipulation and Agreement of Settlement with Defendant Satyam Computer Services Ltd. in *In re Satyam Computer Services, Ltd., Securities Litigation*, No. 09 MD 2027 (BSJ) (S.D.N.Y.) ("**Satyam Litigation**"), dated February 16, 2011, Dkt. No. 252, which attaches as Exhibit A the Stipulation and Agreement of Settlement with Defendant Satyam Computer Services Ltd., Dkt. No. 252-1.

16. Attached hereto as **Exhibit O** is a true and correct copy of Lead Counsels' Notice of Filing of Stipulation and Agreement of Settlement between Lead Plaintiffs and the PwC Entities in the Satyam Litigation, dated April 29, 2011, Dkt. No. 275, which attaches as Exhibit 1 the Stipulation and Agreement of Settlement Between Lead Plaintiffs and the PwC Entities, Dkt. No. 275-1.

17. Attached hereto as **Exhibit P** is a true and correct copy of the Notice of Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses in the Satyam Litigation, dated August 1, 2011, Dkt. No. 354.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses in the Satyam Litigation, dated August 1, 2011, Dkt. No. 355.

19. Attached hereto as **Exhibit R** is a true and correct copy of the Joint Declaration of Steven B. Singer, Mary S. Thomas, David Kessler, and Joel H. Bernstein in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlements with Defendants Satyam Computer Services Ltd. and the PwC Entities and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, in the Satyam Litigation, dated August 1, 2011, Dkt. No. 357 ("**Joint Declaration**"), including the following selected exhibits to the Joint Declaration, which are referred to in Defendants' October 29, 2014 submissions in the instant action:

   a. Attached hereto as **Exhibit R-2** is a true and correct copy of Exhibit 2 to the Joint Declaration, which is the Declaration of Steven B. Singer on Behalf of Bernstein Litowitz Berger & Grossmann LLP in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, dated July 28, 2011, Dkt. No. 357-1.

   b. Attached hereto as **Exhibit R-3** is a true and correct copy of Exhibit 3 to the Joint Declaration, which is the Declaration of Mary S. Thomas in Support of Application for Attorneys' Fees and Reimbursement of Litigation Expenses Filed on Behalf of Grant & Eisenhofer P.A., dated August 1, 2011, Dkt. No. 357-1.

   c. Attached hereto as **Exhibit R-4** is a true and correct copy of Exhibit 4 to the Joint Declaration, which is the Declaration of David Kessler on Behalf of Kessler Topaz Meltzer & Check, LLP in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, dated July 26,

2011, Dkt. Nos. 357-2 & 357-3.

   d. Attached hereto as **Exhibit R-5** is a true and correct copy of Exhibit 5 to the Joint Declaration, which is the Declaration of Joel H. Bernstein on Behalf of Labaton Sucharow LLP in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, dated July 27, 2012, Dkt. No. 357-4.

   e. Attached hereto as **Exhibit R-6** is a true and correct copy of Exhibit 6 to the Joint Declaration, which is the Declaration of Thomas J. McKenna on Behalf of Gainey & McKenna in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, dated July 22, 2011, Dkt. No. 357-4.

   f. Attached hereto as **Exhibit R-7** is a true and correct copy of Exhibit 7 to the Joint Declaration, which is the Declaration of Stephen J. Fearon, Jr. on Behalf of Squitieri & Fearon, LLP in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, dated July 20, 2011, Dkt. No. 357-4.

   g. Attached hereto as **Exhibit R-8** is a true and correct copy of Exhibit 8 to the Joint Declaration, which is a Summary of Lodestar Expenses in the Satyam Litigation, Dkt. No. 357-4.

20. Attached hereto as **Exhibit S** is a true and correct copy of a transcript of proceedings in the Satyam Litigation, dated September 8, 2011, Dkt. No. 369.

21. Attached hereto as **Exhibit T** is a true and correct copy of the Final Order and Judgment as to Satyam in the Satyam Litigation, dated September 13, 2011, Dkt. No. 363.

22. Attached hereto as **Exhibit U** is a true and correct copy of the Final Order and

5

Judgment as to the PwC Entities in the Satyam Litigation, dated September 13, 2011, Dkt. No. 364.

23. Attached hereto as **Exhibit V** is a true and correct copy of the Order Awarding Attorneys' Fees and Expenses in the Satyam Litigation, dated September 13, 2011, Dkt. No. 365.

24. Attached hereto as **Exhibit W** is a true and correct copy of an Order in the Satyam Litigation, dated February 21, 2014, Dkt. No. 408.

25. Attached hereto as **Exhibit X** is a true and correct copy of a press release from the Office of the Mississippi Attorney General entitled "Deadbeat Dad Sentenced for Failing to Pay Child Support in Warren County," dated August 19, 2011.

26. Attached hereto as **Exhibit Y** is a true and correct copy of a press release from the Office of the Mississippi Attorney General entitled "Deadbeat Dad Sentenced for Failing to Pay Child Support," dated April 23, 2012.

27. Attached hereto as **Exhibit Z** is a true and correct copy of a press release from the Office of the Mississippi Attorney General entitled "Deadbeat Dad Sentenced for Failing to Pay Child Support," dated January 25, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29 2014.

                                         _____
                                         Courtney A. Solomon

755016