UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JOHN DOE,

                Plaintiff,

            – against –

ABC COMPANY LLP, JOHN DOES II-VI,

                Defendants.
-----------------------------------------------------X

**NOTICE OF APPEAL**

No. 14 Civ. 6867 (VEC)

**FILED UNDER SEAL**

Notice is hereby given that Defendants, ABC Company LLP and John Does II-VI, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on January 12, 2015 (copy attached).

Dated: New York, New York
       February 9, 2015



JOSEPH HAGE AARONSON LLC

_____
Gregory P. Joseph (GJ-1210)
Pamela Jarvis (PJ-1250)
Courtney A. Solomon (CS-1289)
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1280
gjoseph@jha.com

*Attorneys for Defendants ABC Company LLP and John Does II-VI*