USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:     3/21/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRUCE BERNSTEIN,                                         :
                                                         :
                          Plaintiff,                     :
                                                         :     14-CV-6867 (VEC)
            -against-                                    :
                                                         :     ORDER
BERNSTEIN LITOWITZ BERGER &                              :
GROSSMANN LLP, MAX BERGER, STEVEN                        :
SINGER, SALVATORE GRAZIANO, EDWARD                       :
GROSSMAN, and GERALD SILK,                               :
                                                         :
                          Defendants.                    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

By letter dated March 21, 2016, Defendants reported to the Court that they have reached a modified settlement of this matter so that the finality of the settlement is no longer contingent on this case remaining under seal (Dkt. 36).

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **April 9, 2016** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **April 7, 2016,** they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an

order expressly retaining jurisdiction to enforce their settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  March 21, 2016**
        **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**