USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRUCE BERNSTEIN,    :
                      Plaintiff,    :
                                         :   14-CV-6867 (VEC)
            -against-    :
                                         :   ORDER
BERNSTEIN LITOWITZ BERGER &    :
GROSSMANN LLP, MAX BERGER, STEVEN    :
SINGER, SALVATORE GRAZIANO, EDWARD :
GROSSMAN, and GERALD SILK,    :
                                         :
                     Defendants.    :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS by letter dated March 21, 2016, Defendants reported to the Court that they have reached a settlement of this matter with Plaintiff;

       WHEREAS on March 21, 2016, the Court entered an Order directing that this action be dismissed without costs on April 9, 2016, unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

       WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

       IT IS HEREBY ORDERED that this action shall be dismissed. The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date: April 11, 2016**                                                                          **VALERIE CAPRONI**
       **New York, NY**                                                                  **United States District Judge**